DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSEPH MICHEL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-3046

[May 12, 2022]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jeffrey Gillen, Judge; L.T. Case No. 502008CF017654AXXX.

Joseph Michel, Bonifay, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, KUNTZ, and ARTAU, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***